COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FIL,
DOC #:
DATE FILED: 10/10/17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SERTA SIMMONS BEDDING, LLC and
DREAMWELL, LTD.

        Plaintiffs,

    v.

CASPER SLEEP INC.

        Defendant.

Civil Action No. 17-cv-7468



OCT 24 2017
ALVIN K. HELLERSTEIN
CHAMBERS OF
U.S.D.J.

## PLAINTIFFS' NOTICE OF MOTION TO FILE UNDER SEAL

**PLEASE TAKE NOTICE** that plaintiffs Serta Simmons Bedding, LLC ("Serta

Simmons") and Dreamwell, Ltd. ("Dreamwell") (collectively, "Plaintiffs"), by their undersigned

attorneys, respectfully move this Court at a date and time to be set by the Court, for an order

permitting Plaintiffs to file under seal unredacted versions of the following documents and to

limit disclosure thereof to outside counsel for Defendant until such time as an appropriate

Protective Order may be entered:

- Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary
  Injunction; and the

- Declaration of Kenneth R. Morgan in Support of Plaintiffs' Motion for a Preliminary
  Injunction.

As detailed in the accompanying memorandum of law, these documents contain confidential

information of Plaintiff Serta Simmons that justifies sealing.

    This motion is based on the accompanying Memorandum of Law in Support of Plaintiffs'

Motion to File Under Seal and Declaration of Paul M. Schoenhard.

So Ordered
10-10-17

Respectfully submitted,

_____
NICOLE M. JANTZI (No. 4095451)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001

Telephone:      (202) 756-8213
Facsimile:      (202) 756-8087
Email:          njantzi@mwe.com

*Of Counsel:*
PAUL M. SCHOENHARD (*pro hac vice* pending)
IAN B. BROOKS (*pro hac vice* pending)
DAVID MLAVER (*pro hac vice* pending)
ELIZABETH TETER (*pro hac vice* pending)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001

Telephone:      (202) 756-8000
Facsimile:      (202) 756-8087
Email:          pschoenhard@mwe.com
Email:          ibrooks@mwe.com
Email:          dmlaver@mwe.com
Email:          eteter@mwe.com

COUNSEL FOR PLAINTIFFS SERTA SIMMONS
BEDDING, LLC AND DREAMWELL, LTD.

September 29, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017 copies of the foregoing were caused to be

served upon the following parties in the manner indicated:

CASPER SLEEP INC.                                            *VIA HAND DELIVERY*
230 PARK AVE SOUTH, 13TH FLOOR
NEW YORK, NEW YORK, 10003

*Defendant*

CASPER SLEEP INC.                                            *VIA HAND DELIVERY*
c/o VCORP SERVICES, LLC
1013 CENTRE ROAD SUITE 403-B
WILLMINGTON, DE 19805

*Defendant's Registered Agent*

S/*Nicole M. Jantzi*

3