# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERTA SIMMONS BEDDING, LLC and DREAMWELL, LTD.,<br><br>    Plaintiffs,<br><br> v.<br><br>CASPER SLEEP INC.,<br><br>    Defendant. | Civil Action No. 17-cv-7468 |

## SUPPLEMENTAL DECLARATION OF DAVID HOLM

I, David Holm, hereby declare as follows:

1. On November 16, 2017, I signed a declaration related to the manufacturing steps for the Casper Wave mattress, which I incorporate herein by reference. This declaration updates and supplements the information in my November 16, 2017, declaration.

2. In addition to Jeffco, FXI is now a qualified assembler of the Casper Wave. The manufacturing method used by FXI for the Casper Wave is the same in all material respects as that described in my November 16, 2017, declaration, including that the five layers of the Wave mattress are not assembled together until after the high-resiliency foam layer is contour-cut, filled with the liquid gel compound, and cured to finally form the polymer network.

3. Domfoam no longer supplies the fifth layer of foam (conventional polyurethane base foam) for the Casper Wave. FXI is now a qualified supplier of the fifth layer of foam and supplies the base foam for the Casper Wave mattresses it manufactures. FXI is also qualified to supply the third layer of foam (viscoelastic polyurethane foam) for the Casper Wave mattresses it

manufacturers, however this material has not yet been used in production. Innocor Foam Technologies supplies the fifth layer of foam for Casper Wave mattresses manufactured by * Jeffco.[1] * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May, 2018, in San Francisco, California.

*[signature]*

David Holm

---

[1] Innocor is in the process of being qualified as a supplier of the third layer of foam.